# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT MICHALSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>WEBER INC., CHRISTOPHER SCHERZINGER, WILLIAM HORTON, MARLA KILPATRICK, KELLY D. RAINKO, ELLIOTT HILL, MARTIN MCCOURT, MELINDA R. RICH, JAMES C. STEPHEN, GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., J.P. MORGAN SECURITIES LLC, BMO CAPITAL MARKETS CORP., CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC, WELLS FARGO SECURITIES, LLC, KEYBANC CAPITAL MARKETS INC., ACADEMY SECURITIES, INC. CABRERA CAPITAL MARKETS LLC, SIEBERT WILLIAMS SHANK & CO., LLC, and TELSEY ADVISORY GROUP LLC,<br><br>　　　　　　　　　Defendants. | Case No. 1:22-cv-03966<br><br>Judge Elaine E. Bucklo<br>Magistrate Judge Heather K. McShain |

## NOTICE OF NON-OPPOSITION OF BRANDON MCLENDON TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>COUNSEL</u>

Brandon McLendon filed a timely motion for consolidation of related actions, appointment as lead plaintiff, and approval of his selection of counsel. Dkt. No. 5. Three similar motions were filed by other putative class members in this action. Dkt. Nos. 8, 13, 17.

The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Mr. McLendon does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. As such, Mr. McLendon does not oppose the lead plaintiff motions of movants with larger financial interests.

However, if the Court determines that the lead plaintiff movants with financial interests larger than that of Mr. McLendon are incapable or inadequate to represent the class in this litigation, Mr. McLendon remains willing and able to serve as lead plaintiff or as a class representative. By this Notice of Non-Opposition, Mr. McLendon does not waive his rights to participate and recover as a class member in this litigation.

Dated: October 20, 2022        Respectfully submitted,

By:  s/ *Marvin A. Miller*
Marvin A. Miller
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
mmiller@millerlawllc.com

*Liaison Counsel for Brandon McLendon*

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Brandon McLendon*

Howard G. Smith
**LAW OFFICES OF HOWARD G. SMITH**
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*