UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT MICHALSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEBER INC., CHRISTOPHER SCHERZINGER, WILLIAM HORTON, MARLA KILPATRICK, KELLY D. RAINKO, ELLIOTT HILL, MARTIN MCCOURT, MELINDA R. RICH, JAMES C. STEPHEN, SUSAN T. CONGALTON, MAGESVARAN SURANJAN, GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., J.P. MORGAN SECURITIES LLC, BMO CAPITAL MARKETS CORP., CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC, WELLS FARGO SECURITIES, LLC, KEYBANC CAPITAL MARKETS INC., ACADEMY SECURITIES, INC., CABRERA CAPITAL MARKETS LLC, SIEBERT WILLIAMS SHANK & CO., LLC, TELSEY ADVISORY GROUP LLC, and BDT CAPITAL PARTNERS, LLC,<br><br>　　　　　Defendants. | Case No. 1:22-CV-03966<br>Honorable Elaine E. Bucklo |

## **DEFENDANTS' OPPOSED MOTION TO DISMISS THE AMENDED COMPLAINT**

　　　　Defendants Weber Inc. ("Weber"), Chris Scherzinger, William Horton, Marla Kilpatrick,

Kelly D. Rainko, Elliott Hill, Martin McCourt, Melinda R. Rich, James C. Stephen, Susan T.

Congalton, Magesvaran Suranjan, Goldman Sachs & Co. LLC, BofA Securities, Inc., J.P.

Morgan Securities LLC, BMO Capital Markets Corp., Citigroup Global Markets Inc., UBS

Securities LLC, Wells Fargo Securities, LLC, KeyBanc Capital Markets Inc., Academy

Securities, Inc., Cabrera Capital Markets LLC, Siebert Williams Shank & Co., LLC, Telsey

Advisory Group LLC and BDT Capital Partners, LLC (collectively with Weber, "Defendants") respectfully move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Lead Plaintiff Mateusz Grudziaz's amended complaint (the "Amended Complaint") ([Dkt. No. 69](Dkt. No. 69)) with prejudice.  In support of this Motion to Dismiss, Defendants state:

1. The Amended Complaint alleges violations of Sections 11 and 15 of the Securities Act of 1933 against Defendants, based on alleged misrepresentations and omissions contained in the registration statement and prospectus for Weber's August 2021 IPO (together, the "Registration Statement").

2. As set forth in Defendants' Memorandum of Law in Support of their Motion to Dismiss, the Amended Complaint fails to state a claim under Section 11 because it does not plausibly allege that the Registration Statement contained any misrepresentation of material fact or omitted material information required to be disclosed under the securities laws or necessary to make statements in the Registration Statement not misleading.  Moreover, the alleged misstatements in the Registration Statement are also nonactionable statements of opinion, nonactionable statements of corporate optimism, and/or are protected by the bespeaks caution doctrine.

3. The Amended Complaint fails to state a claim under Section 15 because Plaintiff has not alleged an underlying primary violation of Section 11.

4. Defendants submit the accompanying Memorandum of Law, as well as the Declaration of Brian M. Burnovski and exhibits attached thereto, in further support of this Motion.

WHEREFORE, Defendants request that this Court dismiss the Amended Complaint with prejudice.

Dated: May 5, 2023            Respectfully submitted,

           */s/ Amy C. Andrews*
**RILEY SAFER HOLMES & CANCILA LLP**
Amy C. Andrews
Matthew Crowl
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Tel: (312) 471-8756
aandrews@rshc-law.com
Tel: (312) 471-8720
mcrowl@rshc-law.com


*/s/ Edmund Polubinski III*
**DAVIS POLK & WARDWELL LLP**
Edmund Polubinski III
Brian M. Burnovski
Patrick W. Blakemore
Adam M. Greene
Cortnay Cymrot
Christopher Johnson
450 Lexington Ave.
New York, New York 10017
Tel: (212) 450-4000
edmund.polubinski@davispolk.com
brian.burnovski@davispolk.com
patrick.blakemore@davispolk.com
adam.greene@davispolk.com
cortnay.cymrot@davispolk.com
christopher.johnson@davispolk.com

*Attorneys for Defendants Weber Inc., Chris Scherzinger, William Horton, Marla Kilpatrick, Kelly D. Rainko, Elliott Hill, Martin McCourt, Melinda R. Rich, James C. Stephen, Susan T. Congalton and Magesvaran Suranjan*

*/s/ Joseph L. Motto*
**WINSTON & STRAWN LLP**
Joseph L. Motto
Thomas M. Leinenweber Jr.
35 W. Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-3728

jmotto@winston.com
tleinenweber@winston.com

*Attorneys for Defendants Goldman Sachs & Co. LLC, BofA Securities, Inc., J.P. Morgan Securities LLC, BMO Capital Markets Corp., Citigroup Global Markets Inc., UBS Securities LLC, Wells Fargo Securities, LLC, KeyBanc Capital Markets Inc., Academy Securities, Inc., Cabrera Capital Markets LLC, Siebert Williams Shank & Co, LLC, and Telsey Advisory Group LLC*

*/s/ Kevin Orsini*
**CRAVATH, SWAINE & MOORE LLP**
Kevin Orsini
825 8th Avenue
New York, NY 10019
Tel: (212) 474-1596
korsini@cravath.com

*Attorneys for BDT Capital Partners, LLC*

4