**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ROBERT MICHALSKI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WEBER INC., CHRISTOPHER SCHERZINGER, WILLIAM HORTON, MARLA KILPATRICK, KELLY D. RAINKO, ELLIOTT HILL, MARTIN MCCOURT, MELINDA R. RICH, JAMES C. STEPHEN, SUSAN T. CONGALTON, MAGESVARAN SURANJAN, GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., J.P. MORGAN SECURITIES LLC, BMO CAPITAL MARKETS CORP., CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC, WELLS FARGO SECURITIES, LLC, KEYBANC CAPITAL MARKETS INC., ACADEMY  SECURITIES, INC. CABRERA CAPITAL MARKETS LLC, SIEBERT WILLIAMS SHANK & CO., LLC, TELSEY ADVISORY GROUP LLC, and BDT CAPITAL PARTNERS, LLC, <br><br> Defendants. | Case No. 1:22-cv-03966-EEB <br><br> **DECLARATION OF ADAM M. APTON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, Adam M. Apton, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner at the law firm of Levi & Korsinsky, LLP, lead counsel of record for Plaintiff and the Class.

2.      I am admitted to practice *pro hac vice* in this matter. I have personal knowledge of the facts set forth herein based on my day-to-day participation in the prosecution of this action, and if called as a witness, could and would testify competently thereto.

3.      I submit this Declaration in support of Plaintiff's Memorandum of Law in

Opposition to Defendants' Motions to Dismiss.

4.      Attached as **Exhibit A** is a true and correct copy of the press release announcing the closing of the take-private transaction concerning Weber Inc. dated February 21, 2023. The press release was attached to the current report on Form 8-K filed with the SEC by Weber Inc. on February 21, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of July, 2023.

Adam M. Apton