IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Robert Michalski ,

Plaintiff(s),

v.

Weber Inc., Chris Scherzinger, William Horton, Marla Kilpatrick, Kelly D. Rainko, Elliott Hill, Martin McCourt, Melinda R. Rich, James C. Stephen, Susan T. Congalton, Magesvaran Suranjan, Goldman Sachs & Co. LLC, BofA Securities, Inc., J.P. Morgan Securities LLC, BMO Capital Markets Corp., Citigroup Global Markets Inc., UBS Securities LLC, Wells Fargo Securities, LLC, KeyBanc Capital Markets Inc., Academy Securities, Inc., Cabrera Capital Markets LLC, Siebert Williams Shank & Co., LLC, Telsey Advisory Group LLC and BDT Capital Partners, LLC,

Defendant(s).

Case No.  1:22-cv-03966
Judge Elaine E. Bucklo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the Defendants Weber Inc., Chris Scherzinger, William Horton, Marla Kilpatrick, Kelly D. Rainko, Elliott Hill, Martin McCourt, Melinda R. Rich, James C. Stephen, Susan T. Congalton, Magesvaran Suranjan, Goldman Sachs & Co. LLC, BofA Securities, Inc., J.P. Morgan

Securities LLC, BMO Capital Markets Corp., Citigroup Global Markets Inc., UBS Securities LLC, Wells Fargo Securities, LLC, KeyBanc Capital Markets Inc., AcademySecurities, Inc., Cabrera Capital Markets LLC, Siebert Williams Shank & Co., LLC, Telsey Advisory Group LLC and BDT Capital Partners, LLC and against Plaintiff Robert Michalski.

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.
☐ tried by Judge ____ without a jury and the above decision was reached.
☒ decided by Judge Elaine E. Bucklo on a motion to dismiss the amended complaint [78].


Date:  9/27/2023                                  Thomas G. Bruton, Clerk of Court

                                                  Maria G. Hernandez , Deputy Clerk